UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMIREZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DEBRA HERNDON, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 09-1905-JST (JEM)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 638, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections to the Report and Recommendation, and the Court has made a <u>de novo</u> determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　IT IS HEREBY ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: 2.24.2011

　　　　　　　　　　　　　　　　　　　　　／s／ Josephine Tucker
　　　　　　　　　　　　　　　　　　　　JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE