FILED
CLERK, U.S. DISTRICT COURT

**FEB 2 4 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMIREZ, | ) Case No. EDCV 09-1905-JST (JEM) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| DEBRA HERNDON, Warden, | ) |
| Respondent. | ) |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith.

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 2.24.2011

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE